**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-7198

---

CURTIS DALE RICHARDSON,

Plaintiff - Appellant,

versus

MARK SANFORD, Governor of South Carolina, in
his official and individual capacity; JIM
MCCLAIN, Director of South Carolina Department
of Probation, Parole and Pardon Services, in
his official and individual capacity;
GWENDOLYN A. BRIGHT, Director of Parole Board
Support Services, in her official and
individual capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence. Henry F. Floyd, District Judge. (CA-
03-2425-4-26BH)

---

Submitted: November 18, 2004      Decided: November 29, 2004

---

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Curtis Dale Richardson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis Dale Richardson appeals the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Richardson v. Sanford, No. CA-03-2425-4-26BH (D.S.C. filed June 18, 2004; entered June 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED